STATE OF CONNECTICUT *v.* ANTHONY L. HENRY

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 478 (AC 30509), is denied.

*Leopold P. DeFusco*, special public defender, in support of the petition.

*Tamara A. Grosso*, special deputy assistant state's attorney, in opposition.

Decided November 10, 2009

STATE OF CONNECTICUT *v.* OLES J. BAPTISTE

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 750 (AC 28718), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant waived any constitutional or plain error claim that the trial court's jury instructions on the charge of assault of a police officer in violation of General Statutes § 53a-167c (a) deprived him of his right to a fair trial and his right to present a defense?"

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18497.

*Annacarina Jacob*, senior assistant public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided November 17, 2009